**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| United States of America, | Crim. No. 23-825 (MEF) |
| v. | **ORDER** |
| Shandale Grady, | |
| *Defendant*. | |

    The Court intends to use a jury selection method closely analogous to the one that was used in a recent prior trial, and that was described at United States v. Healy, 2024 WL 246427. Modifications to the approach described in the referenced order will be described by the Court at the final pre-trial conference. The referenced method will entail a written jury questionnaire and also questions to be posed verbally by the Court. A draft of the questionnaire and a set of relevant draft questions are attached, so that the parties can make any relevant comments or objections.

    IT IS on this 1st day of July, 2024, so **ORDERED**.

                                                         */s/ Michael E. Farbiarz*
                                                   Michael E. Farbiarz, U.S.D.J.