UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

United States of America           :         Criminal No. 23-825 (MEF)
                                   :
          v.                       :
                                   :         ORDER OF DETENTION
Shandale Grady,                    :
                                   
          Defendant                :

The United States Marshal Service is directed to take defendant, Shandale Grady into their custody pending sentencing in this matter.

SO ORDERED.

_____
MICHAEL E. FARBIARZ, U.S.D.J.

Date: 7/15/24